UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN D. STRONG,

     Plaintiff,

v.

JOHN E. POTTER,

     Defendant.
_____/

CIVIL ACTION NO. 08-13506

DISTRICT JUDGE AVERN COHN

### ORDER GRANTING PLAINTIFF'S MOTION TO STAY PROCEEDINGS PENDING DECISION OF ARBITRATION

Before the Court is the Plaintiff's Motion to Stay Proceedings Pending Decision of Defendant's Scheduled Arbitration. The Plaintiff seeks to stay the proceedings until after a arbitration hearing scheduled for March 31, 2009. Presently, a response to the Defendant's Motion to Dismiss or in the Alternative, Motion for Summary Judgment is due on March 27, 2009. The Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. The proceedings in this matter are stayed until after the arbitration hearing and a decision has been issued.

**IT IS FURTHER ORDERED** that a response to the pending motion will be due **45 days** after a decision has been issued.

**SO ORDERED.**

Dated: February 13, 2009

    s/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

**08-13506 Strong v. Potter**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed Kevin Strong, 27610 Goldengate Dr., W. , Lathrup Village, MI 48076 and to the attorneys of record on this date, February 13, 2009, by electronic and/or ordinary mail.

                                         s/Julie Owens
                                         Case Manager, (313) 234-5160